UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
DEMETRIC MARBURY  
3561 MANLEY DR  
MONTGOMERY, AL 36110

Case No. 20-32320-WRS  
Chapter 13

Debtor

---

## Order Releasing Wages

---

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

RHEEM MANUFACTURING  
ATTN PAYROLL  
2600 GUNTER PARK DR E  
MONTGOMERY, AL 36109

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, March 16, 2021.

*/s/ William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge

cc: Demetric Marbury