IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: )

DEMETRIC MARBURY, ) Case Number: 20-32320

Debtor. )

### DEBTOR'S RESPONSE TO CLERK'S NOTICE OF DISMISSAL (FEES)

COMES NOW the Debtor, by and through undersigned counsel, and in response to the Clerk's Notice of Dismissal (fees) states the following:

1. Debtor filed a Chapter 13 petition on November 10, 2020.

2. On March 16, 2021, the Clerk issued a notice of dismissal indicating that the balance on the filing fee was $8.56.

3. Debtor recently made a payment to the Trustee, which brought his trustee payments current. There are sufficient funds on hand for the balance of the filing fee to be paid in full when the Chapter 13 Trustee makes disbursements on or around April 22, 2021.

WHEREFORE, PREMISES CONSIDERED, Debtor moves this Honorable Court to not dismiss Debtor's case and for such other, further and different relief the Court may deem Debtor entitled.

Respectfully submitted this the 8th day of April, 2021.

/s/ Paul D. Esco
PAUL D. ESCO ASB-3772-O61P
Attorney for Debtor

OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 Zelda Road; Suite 200-7
Montgomery, Alabama 36106
334/832-9100
334/832-4527 [fax]
E-mail: paul.esco@aol.com

CERTIFICATE OF SERVICE

       I hereby certify that I have served the foregoing by electronic mail or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed upon all creditors, the Trustee, and the Bankruptcy Administrator, on this the 8th day of April, 2021.

                                                          /s/ Paul D. Esco